JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KONSTANTIN BORISOVICH LAZAREV, *et al.*, <br><br>       Plaintiffs, <br><br> v. <br><br> MARCO RUBIO, *et al.*, <br><br>       Defendants. | Case No. 2:25-cv-05647-FLA (MAAx) <br><br> **ORDER DISMISSING ACTION [DKT. 11]** |

On October 2, 2025, Plaintiffs filed a Notice of Dismissal, dismissing the action pursuant to Fed. R. Civ. P. 41(a)(1).  Dkt. 11.  Having considered the Notice of Dismissal and finding good cause therefor, the court hereby ORDERS:

    1. All dates and deadlines governing this action are VACATED.

    2. The court DISMISSES the action without prejudice.

IT IS SO ORDERED.

Dated: October 3, 2025

FERNANDO L. AENLLE-ROCHA
United States District Judge